IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE COY PHELPS,

    Plaintiff,　　　　　　　　　No. CIV S 00-1593 DFL GGH PS

  vs.

INREACH INTERNET,

    Defendants.　　　　　　　　　<u>ORDER</u>

_____/

    On September 21, 2005, plaintiff filed an "ex parte petition for a declaratory judgment." This action was closed on December 18, 2000. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure, or if even construed as a motion under Fed. R. Civ. P. 60(b) has not been served on defendants. Therefore, this document will be placed in the file and disregarded.

    IT IS SO ORDERED.

DATED:  9/29/05

                                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

GGH:076
Phelps1593.58.wpd

1